**2013–0481. State v. Middlebrooks.**
Hamilton App. Nos. C–110847 and C–110848. On amended motion for delayed appeal. Motion denied.
   O'NEILL, J., dissents.

**2013–0485. State v. Anderson.**
Montgomery App. No. 25114, 2013-Ohio-295. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2012–2136, *State v. Taylor*, 9th Dist. No. 26279, 2012-Ohio-5403.

**2013–0486. State v. Dillingham.**
Butler App. Nos. CA2012–02–037 and CA2012–02–042, 2012-Ohio-5841. On motion for delayed appeal. Motion denied.
   PFEIFER and KENNEDY, JJ., dissent.

**2013–0493. Hauser v. Dayton Police Dept.**
Montgomery App. No. 24965, 2013-Ohio-11. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' entry filed March 19, 2013:
   "Whether civil liability is expressly imposed upon managers or supervisors under R.C. 4112.01(A)(2) for their individual violations of R.C. 4112.02(A) so that political subdivision employee immunity is lifted by R.C. 2744.03(A)(6)(c)."
   PFEIFER and O'DONNELL, JJ., dissent.
   The conflict case is *Campolieti v. Cleveland,* 184 Ohio App.3d 419, 2009-Ohio-5224, 921 N.E.2d 286 (8th Dist.)
   Sua sponte, cause consolidated with 2013–0291, *Hauser v. Dayton Police Dept.,* 2d Dist. No. 24965, 2013-Ohio-11.

**2013–0501. State v. Woods.**
Hamilton App. Nos. C–120853, C–120859, and C–110614. On motion for delayed appeal. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2013–0186. State v. Codeluppi.**
Lorain App. No. 11CA010133, 2012-Ohio-5812. Discretionary appeal accepted on Proposition of Law No. I.
   O'CONNOR, C.J., and LANZINGER and O'NEILL, JJ., would also accept the appeal on Proposition of Law No. II.
   PFEIFER and O'DONNELL, JJ., dissent.

**2013–0291. Hauser v. Dayton Police Dept.**
Montgomery App. No. 24965, 2013-Ohio-11. Discretionary appeal accepted and cause consolidated with 2013–0493, *Hauser v. Dayton Police Dept.,* 2d Dist. No. 24965, 2013-Ohio-11.
   O'CONNOR, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

## APPEALS NOT ACCEPTED FOR REVIEW

**2012–0119. State v. Group.**
Mahoning App. No. 10 MA 21, 2011-Ohio-6422.

**2012–0519. State v. Lawson.**
Clermont App. No. CA2011–07–056, 2012-Ohio-548.
   PFEIFER, J., dissents.

**2012–1797. State v. Petkovic.**
Cuyahoga App. No. 97548, 2012-Ohio-4050.
   O'NEILL, J., dissents.